UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-20957-CIV-ALTONAGA/Goodman

**RUBY SOSA**,

    Plaintiff,
v.

**CARNIVAL CORPORATION**,

    Defendant.

_____/

## ORDER

**THIS CAUSE** came before the Court at a December 13, 2018 Hearing [ECF No. 92] on Defendant, Carnival Corporation's *Daubert* Motion to Strike [ECF No. 60] and Plaintiff, Ruby Sosa's Motion to Strike Defendant's Experts [ECF No. 62]. For the reasons stated in open court, it is

**ORDERED AND ADJUDGED** that the Motions **[ECF Nos. 60, 62]** are **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 13th day of December, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record