UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 18-20957-CIV-CMA/Goodman

RUBY SOSA,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to this Court's Order Administratively Closing Case [D.E. 112], the parties hereby jointly stipulate that all the claims and causes of action between or among the parties have been amicably resolved, and that all the claims and causes of action between or among the above parties are hereby dismissed with prejudice, each party to bear its own costs and fees.

DATED this 25th day of March, 2019.

| | |
|---|---|
| By: *s/ Jessica Quiggle* | BY: /s/ *Noah Silverman* |
| John Billera, Esq. | Jeffrey E. Foreman, Esq. |
| Florida Bar No.: 869041 | Florida Bar No. 0240310 |
| john@billeralaw.com | jforeman@fflegal.com |
| Jessica Quiggle, Esq. | Noah D. Silverman, Esq. |
| Florida Bar No.: 107051 | Florida Bar No. 401277 |
| maritime@billeralaw.com | nsilverman@fflegal.com |
| Billera Law, PLLC | Spencer B. Price, Esq. |
| 2201 N.W. Corporate Blvd. | Florida Bar No. 1001044 |
| Suite 200 | sprice@fflegal.com |
| Boca Raton, Florida 33431 | FOREMAN FRIEDMAN, PA |
| Tel. (561) 218-4639 | One Biscayne Tower, Suite 2300 |
| Fax (561) 826-7847 | 2 South Biscayne Boulevard |
| *Attorneys for Plaintiff* | Miami, FL  33131 |
| | Phone: 305-358-6555 |
| | Fax: 305-374-9077 |
| | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was served via E-Mail through the CM/ECF filing system on this **25th day of March, 2019**, to counsel for Defendant, J. Michael Magee, Esq., at mmagee@carnival.com, CARNIVAL CRUISE LINES, 3655 NW 87th Ave., Miami, Florida 33178, Defendant's co-counsel, Jeffrey Foreman, Esq., at jforeman@fflegal.com, and Noah Silverman, Esq., at nsilverman@fflegal.com, FOREMAN FRIEDMAN, P.A., 2 S. Biscayne Blvd., Suite 2300, Miami, Florida 33131, and Plaintiff's co-counsel, Joseph Madalon, Esq., at pleadings@madalonlaw.com.

By: ___*/s/ Jessica Quiggle*___
JESSICA QUIGGLE, ESQ.
Florida Bar No.: 107051